**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| M.A. | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **CIVIL ACTION NO.: 4:17-cv-03114** |
| | § | |
| KFC CORPORATION, YUM! BRANDS, | § | |
| INC., et al., | § | |
| | § | |
| **Defendants.** | § | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

M.A., Plaintiff in the above-entitled and numbered cause of action, and files this Certificate of Interested Parties pursuant to Local Rule 3.1(c), and Local Rule 81.1(a)(4)(D). As required by Local Rule 3.1(c), this filing includes the information required under Rule 7.1(a) of the FEDERAL RULES OF CIVIL PROCEDURE.  Plaintiff provides the following information:

1. The name of Plaintiff:

   a. M.A.

2. Persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

   a. Plaintiff M.A. and her counsel, Allen H. Zwernemann of The Zwernemann Law Firm;

   b. Defendants "KFC", KFC Corporation, Yum! Brands, KFC Holding Co., KFC Store No. 150182, Licensee of Store No. 150182, Franchisee of Store No. 150182, Sean A. McIntosh, Kaydrin Marcell Neely, Anthony Jones, Shawn Baker, Jane Doe KFC Manager Store No. 150182.

Should other parties be added to this lawsuit who thereby become financially interested

in the outcome of this litigation, Plaintiff will promptly file an amended certificate with the Clerk identifying such interested parties.

Respectfully submitted,

The Zwernemann Law Firm

By:_____

Allen H. Zwernemann
FID No. 2851120
SBN: 24034755
6363 Woodway, Suite 300
Houston, Texas 77057
Phone: (281) 221-7168
Fax: (281) 783-4247
Email: az@azlf.com

**ATTORNEY FOR PLAINTIFF**

2

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that a true and correct copy of the foregoing, Plaintiff's Certificate of Interested Parties, have been forwarded in the manner indicated below on the _____ day of _____ 2017.

*Via e-File & E-mail: hjohnson@constangy.com*
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
Hunter Johnson
1201 Elm Street, Suite 2550
Dallas, TX 75270
Telephone: (214) 646-8625
Facsimile: (972) 865-4791
**ATTORNEYS FOR DEFENDANTS**

ALLEN H. ZWERNEMANN