United States District Court
Southern District of Texas
**ENTERED**
September 05, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| M. A.,<br>*Plaintiff,* | § § § | |
| v. | § § | Case No. 4:17-CV-03114 |
| KFC CORPORATION, *et al.,*<br>*Defendants.* | § § § | |

## ORDER

The Report and Recommendation of the United States Magistrate Judge on the issues of remand and insufficient service has been issued for over 30 days and no party has objected to any ruling.

This Court has reviewed the Report and Recommendation, finds it meritorious, and hereby adopts it. Therefore, the Motions to Remand (Doc. Nos. 7, 8, and 9) are hereby denied. The Motions to Dismiss (Doc. Nos. 12 and 17) filed by Sean A. McIntosh and Shawn Baker are also denied.

SIGNED at Houston, Texas this 5th day of September, 2018.

_____
Andrew S. Hanen
United States District Court Judge